E-FILED
Friday, 09 September, 2005  11:05:35 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES
DISTRICT COURT
CENTRAL DISTRICT
OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| MARSHA L. WILSON AND BANK OF PONTIAC | ) ) ) ) ) ) | |
| Defendant(s). | ) | Case No. CV 05-1264 |

## NOTICE OF FORECLOSURE

The undersigned certifies that the above entitled mortgage foreclosure action was filed on September 9, 2005, and is now pending.

(i)    The names of all plaintiffs and the case number are identified above.

(ii)   The court in which said action was brought is identified above.

(iii)  The name(s) of the title holder(s) of record are: MARSHA L. WILSON

(iv)   The legal description of the real estate sufficient to identify it with reasonable certainty is as follows:

> Lot 111 in First Addition to Westview Subdivision to Pontiac, Livingston County, Illinois, as per Plat recorded October 16, 1979 as Document Number 387228 in the Office of the Recorder of Deeds of Livingston County, Illinois.
>
> PIN No. 15-16-377-028

(v)    A common address or description of the location of the real estate is as follows:
       1305 Motorola Drive, Pontiac, IL 61764

(vi)   An identification of the mortgage sought to be foreclosed is as follows:

Name of mortgagor(s):    MARSHA L. WILSON

Name of mortgagee:       United States of America, United States Department of Agriculture

Date(s) of mortgage(s):  July 16, 1997

| | |
|---|---|
| Date(s) of recording: | July 17, 1997 |
| County where recorded: | Livingston County, Illinois |
| Recording document identification: | Recorded as Doc. No. 493867 |

UNITED STATES OF AMERICA, Plaintiff

JAN PAUL MILLER
United States Attorney

PREPARED BY:

By: **s/: Bradley W. Murphy**
Bradley W. Murphy
Assistant United States Attorney
One Technology Plaza
211 Fulton Street
Suite 400
Peoria, Illinois 61602
Telephone No. 309-671-7050
Fax No. 309-671-7259
brad.murphy@usdoj.gov

This instrument was prepared by Bradley W. Murphy, Assistant U. S. Attorney, One Technology Plaza, 211 Fulton Street, Suite 400, Peoria, Illinois 61602