# UNITED STATES DISTRICT COURT

__Central__ District of __Illinois__

**UNITED STATES OF AMERICA**

V.

**MARSHA L. WILSON AND BANK OF PONTIAC**

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-1264

TO: (Name and address of Defendant)

**MARSHA L. WILSON**
**1305 Motorola Drive**
**Pontiac, Illinois 61764**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**Bradley W. Murphy**
**Assistant United States Attorney**
**One Technology Plaza**
**211 Fulton Street, 4th Floor**
**Peoria, Illinois 61602**

an answer to the complaint which is herewith served upon you, within ____**twenty (20)**____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters  
CLERK

10/19/05  
DATE

s/ C. Lambie  
(By) DEPUTY CLERK

COPY

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
             Date                        *Signature of Server*

                                         _____
                                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.