E-FILED
Friday, 09 December 2005 11:54:57 AM
Clerk, U.S. District Court, ILCD

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 05-1264 |
| DEFENDANT | TYPE OF PROCESS |
| Marsha L. Wilson, et al. | Summons, Complaint & Amended Complaint |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
  Marsha L. Wilson
  ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
AT  1305 Motorola Drive, Pontiac, Illinois 61764

FILED
DEC - 9 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Bradley W. Murphy
Assistant United States Attorney
One Technology Plaza
211 Fulton Street, 4th Floor
Peoria, Illinois 61602

Number of process to be served with this Form - 285
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Service was attempted on defendant via certified mail on September 13, 2005. Defendant did not return Waiver of Summons. Please attempt personal service of the Complaint and Amended Complaint. THANKS!

Signature of Attorney or other Originator requesting service on behalf of: /s/ Bradley W. Murphy
☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 309.671.7050
DATE: 11-17-05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 2
District of Origin No.: 26
District to Serve No.: P
Signature of Authorized USMS Deputy or Clerk: Gregory
Date: 11/21/5

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):
1501 S. MILL ST
PONTIAC, IL 61764

Date of Service: 12-7-05
Time: 1:32 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| $180.00 | — | — | 180.00 | — | $180.00 |

REMARKS:
1 DUSM @ 4 HR. MILEAGE CHARGED ON ANOTHER 285.
MOVED TO MILL ST 12/05.

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

# UNITED STATES DISTRICT COURT

Central _____ District of _____ Illinois

**UNITED STATES OF AMERICA**

V.

**MARSHA L. WILSON, BANK OF PONTIAC and CITY OF PONTIAC**

A L I A S
**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-1264

TO: (Name and address of Defendant)

**MARSHA L. WILSON
1305 Motorola Drive
Pontiac, Illinois 61764**

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**Bradley W. Murphy
Assistant United States Attorney
One Technology Plaza
211 Fulton Street, 4th Floor
Peoria, Illinois 61602**

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

John M. Waters                        11-18-05
_____       _____
CLERK                                 DATE

/s/ R. Knapp
_____
(By) DEPUTY CLERK