## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## AT PEORIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 05-1264 |
| | ) | |
| MARSHA L. WILSON, | ) | |
| BANK OF PONTIAC and | ) | |
| CITY OF PONTIAC, | ) | |
| | ) | |
| Defendants. | ) | |

### ENTRY OF APPEARANCE

Elizabeth L. Collins, Assistant United States Attorney, enters her appearance to this Court as co-counsel to represent the United States for the above-named case.

    Respectfully submitted,
    RODGER A. HEATON
    United States Attorney

    s/ Elizabeth L. Collins
By: _____
    Elizabeth L. Collins, IL Bar No. 487864
    Attorney for Plaintiff
    United States Attorney's Office
    318 South Sixth Street
    Springfield, IL  62701
    Telephone:  217/492-4450
    Fax:  217/492-4888
    email:  beth.collins@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that I mailed a copy of the foregoing to:

>Marsha L. Wilson
>1305 Motorola Drive
>Pontiac, Illinois 61764
>
>Bank of Pontiac
>300 West Washington Street
>Pontiac, Illinois 61764
>
>City of Pontiac
>115 West Howard
>Pontiac, Illinois 61764

|  |  |
|---|---|
| January 20, 2006 | s/ Elizabeth L. Collins |
| Date:_____ | _____ |