E-FILED
Wednesday, 22 March, 2006  10:49:29 AM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 05-1264 |
| ) | |
| MARSHA L. WILSON, ) | |
| BANK OF PONTIAC and ) | |
| CITY OF PONTIAC, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO ENTER DEFAULT JUDGMENT OF FORECLOSURE

Plaintiff, UNITED STATES OF AMERICA, moves pursuant to Rule 55 of the Federal Rules of Civil Procedure, for judgment by default for the relief prayed for in the Amended Complaint for Foreclosure of Mortgage previously filed by the plaintiff in this cause on November 17, 2005.  In support of this Motion, the United States of America states as follows:

1.  That this Court has jurisdiction of the parties to and the subject matter of this suit.

That the defendants Bank of Pontiac and City of Pontiac, returned the Waiver of Service of Summons on November 25, 2005, pursuant to Federal Rule of Civil Procedure 4, and have acknowledged receipt of the amended complaint as shown by the file in this case; they have not answered or otherwise pleaded to the amended complaint; and that they are now in default. Defendant Marsha L. Wilson was personally served with summons and amended complaint by the United States Marshal on December 7, 2005, and did not thereafter voluntarily appear in these proceedings; she has not answered or otherwise pleaded to the amended complaint; and

that she is now in default.

That said defendants have not answered or otherwise pleaded to said amended complaint filed herein and are now in default for their failure to so appear, answer, or otherwise plead in this cause in the time and in the manner as provided by the Federal Rules of Civil Procedure and the Rules of this Court.

That Defendant Marsha L. Wilson is not in the military service.  See Affidavit of Military Service attached hereto as Exhibit A

2. The material factual allegations stated in said amended complaint filed herein were not denied in any responsive pleading.

3. The Sworn Affidavit of Costs and the Affidavit of Marianne Nixa, Acting State Director, Rural Development, formerly Farmers Home Administration, are attached hereto as Exhibit B and incorporated herein.

**WHEREFORE**, the UNITED STATES OF AMERICA requests that this Court enter a Default Judgment of Foreclosure against the above-named defendants.

Respectfully submitted,
RODGER A. HEATON
United States Attorney

By:   s/ Elizabeth L. Collins
_____
Elizabeth L. Collins, IL Bar No. 487864
Attorney for Plaintiff
United States Attorney's Office
318 South Sixth Street
Springfield, IL 62701
Telephone: (217) 492-4450
Fax: (217) 492-4888
Email: beth.collins@usdoj.gov

2