**E-FILED**
Wednesday, 22 March, 2006 10:52:08 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 05-1264 |
| MARSHA L. WILSON, BANK OF PONTIAC and CITY OF PONTIAC, | ) |
| Defendants. | ) |

## AFFIDAVIT

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS |
| COUNTY OF SANGAMON | ) |

    ELIZABETH L. COLLINS, being first duly sworn, upon hers oath deposes and says that she is an Assistant United States Attorney for the Central District of Illinois, and is the attorney for the plaintiff in the above-styled cause, and that she has read the foregoing Motion to Enter Default Judgment of Foreclosure and that the matters and things alleged therein are true.

s/: Elizabeth L. Collins
ELIZABETH L. COLLINS

Subscribed and sworn to before me this 22nd day of March, 2006.

(SEAL AFFIXED)    s/: Kathleen G. Gaillard
NOTARY PUBLIC