## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## AT PEORIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 05-1264 |
| | ) | |
| MARSHA L. WILSON, | ) | |
| BANK OF PONTIAC and | ) | |
| CITY OF PONTIAC, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING
### MOTION TO ENTER DEFAULT JUDGMENT OF FORECLOSURE

To:  Marsha L. Wilson           Bank of Pontiac              City of Pontiac
     1501 S. Mill Street        300 West Washington St.      115 West Howard
     Pontiac, IL 61764          Pontiac, Illinois 61764      Pontiac, Illinois 61764

You are hereby notified that the Plaintiff, United States of America, filed a *Motion To Enter Default Judgment of Foreclosure* against you on March 22, 2006.  Please be advised that the Court may rule on this Motion without further notice or a hearing, after the Motion has been on file for 14 days.

                                        Respectfully submitted,
                                        RODGER A. HEATON
                                        United States Attorney

                                        s/ Elizabeth L. Collins
                              By:       _____
                                        Elizabeth L. Collins, IL Bar No. 487864
                                        Attorney for Plaintiff
                                        United States Attorney's Office
                                        318 South Sixth Street
                                        Springfield, IL 62701
                                        Telephone: (217) 492-4450
                                        Fax: (217) 492-4888
                                        Email: beth.collins@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that I mailed a copy of the foregoing to:

        Marsha L. Wilson
        1501 S. Mill Street
        Pontiac, IL 61764

        Bank of Pontiac
        300 West Washington St.
        Pontiac, Illinois 61764

        City of Pontiac
        115 West Howard
        Pontiac, Illinois 61764


        Mach 22, 2006                                          s/ Elizabeth L. Collins
Date:_____                      _____