E-FILED
Tuesday, 11 April, 2006 01:51:03 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

**JUDGMENT IN A CIVIL CASE**



**USA**

vs.                                       Case Number: **05-1264**

**Marsha L Wilson; Bank of Pontiac;
City of Pontiac**

**DECISION BY THE COURT.** This action came before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that default judgment of foreclosure is entered in favor of Plaintiff and against Defendants plus cost of suit.

ENTER this 10th day of April, 2006

JOHN M. WATERS, CLERK

s/ S. Marvel
_____
BY: DEPUTY CLERK

05-1264.wpd