E-FILED
Wednesday, 26 April, 2006  01:51:11 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 05-1264 |
| | ) | |
| MARSHA L. WILSON, | ) | |
| BANK OF PONTIAC and | ) | |
| CITY OF PONTIAC, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MARSHAL'S SALE

PUBLIC NOTICE is hereby given that pursuant to a judgment of foreclosure entered by the court in the above-entitled cause, the property hereinafter described or so much thereof as shall be sufficient to satisfy said judgment, will be sold to the highest bidder.

1. The name, address and telephone number of the person to contact for information regarding the real estate is:

   Brian Bend
   Rural Development Manager
   USDA Building, P.O. Box 80
   1510 W. Reynolds
   Pontiac, IL  61764

   Telephone No:  815-844-6127, Ext. 4

2. The common address and other common description, if any, of the real estate is:

   1305 Motorola Drive, Pontiac, Illinois 61764

3. The legal description of the real estate is:

   Lot 111 in First Addition to Westview Subdivision to Pontiac, Livingston County, Illinois, as per Plat recorded October 16, 1979 as Document Number 387228 in the Office of the Recorder of Deeds of Livingston County, Illinois.

   PIN NO. 15-16-377-028

4. The real estate may be inspected prior to sale at the following times:

> Available for inspection during business hours upon reasonable advance notice to the county office listed above.

5. The time and place of the sale are:

> June 15, 2006, at 12:00 noon, at the front door of the Livingston County Courthouse, Pontiac, Illinois.

6. The terms of the sale are:

> 10% of purchase price at time and place of sale by certified check. Balance to be paid by certified check received by the United States Marshal, 100 N.E. Monroe Street, Room 136, Peoria, Illinois 61602 within thirty (30) days of date of sale. If the balance is not received within said time period, the 10% payment made at time of sale shall be forfeited to the United States, the sale shall be void and a new sale shall be scheduled by the Court.

7. Title will be conveyed subject to all general real estate taxes for the years 2004, 2005 and 2006, which are a lien upon the real estate, and special assessments, if any, and easements and restrictions of record.

8. At said sale I shall give to the purchaser or purchasers a Certificate of Sale in writing describing the lands and tenements purchased and the sum paid therefor. Upon confirmation of said sale by the Court, the holder of said Certificate of Sale shall be entitled to a deed for said premises.

DATED at Springfield, Illinois, this 21st day of April, 2006.

> s/ Steven D. Deatherage
> _____
> STEVEN D. DEATHERAGE
> UNITED STATES MARSHAL
> CENTRAL DISTRICT OF ILLINOIS

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing **NOTICE OF MARSHAL'S SALE** has been placed in the United States mail, via certified mail, return receipt requested, and regular mail, addressed to:

>Marsha L. Wilson
>1501 S. Mill Street
>Pontiac, IL 61764
>
>Bank of Pontiac
>300 West Washington St.
>Pontiac, Illinois 61764
>
>City of Pontiac
>115 West Howard
>Pontiac, Illinois 61764

|  |  |
|---|---|
| April 26, 2006 | s/ Elizabeth L. Collins |
| Date: _____ | _____ |