IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

UNITED STATES OF AMERICA, Plaintiff, v. MARSHA L. WILSON, BANK OF PONTIAC and CITY OF PONTIAC, Defendants. Case No. 05-1264.

### NOTICE OF MARSHAL'S SALE

PUBLIC NOTICE is hereby given that pursuant to a judgment of foreclosure entered by the court in the above-entitled cause, the property hereinafter described or so much thereof a shall be sufficient to satisfy said judgment, will be sold to the highest bidder.

1. The name, address and telephone number of the person to contact for information regarding the real estate is:
   Brian Bend
   Rural Development Manager
   USDA Building, P.O. Box 80
   1510 W. Reynolds
   Pontiac, IL 61764
   Telephone No: 815-844-6127, Ext. 4

2. The common address and other common description, if any, of the real estate is:
   1305 Motorola Drive, Pontiac, IL 61764

3. The legal description of the real estate is:
   Lot 111 in First Addition to Westview Subdivision to Pontiac, Livingston County, Illinois, as per Plat recorded October 16, 1979 as Document Number 387228 in the Office of the Recorder of Deeds of Livingston County, Illinois.
   PIN NO. 15-16-377-028

4. The real estate may be inspected prior to sale at the following times:
   Available for inspection during business hours upon reasonable advance notice to the county office listed above.

5. The time and place of the sale are:
   June 15, 2006, at 12:00 noon, at the front door of the Livingston County Courthouse, Pontiac, Illinois.

6. The terms of the sale are:
   10% of purchase price at time and place of sale by certified check. Balance to be paid by certified check received by the United States Marshal, 100 N.E. Monroe Street, Room 136, Peoria, Illinois 61602 within thirty (30) days of date of sale. If the balance is not received with in said time period, the 10% payment made at time of sale shall be forfeited to the United States, the sale shall be void and a new sale shall be scheduled by the Court.

7. Title will be conveyed subject to all general real estate taxes for the years 2004, 2005 and 2006, which are a lien upon the real estate, and special assessments, if any, and easements and restrictions of record.

8. At said sale I shall give to the purchaser or purchasers a Certificate of Sale in writing describing the lands and tenements purchased and the sum paid therefor. Upon confirmation of said sale by the Court, the holder of said Certificate of Sale shall be entitled to a deed for said premises.

DATED at Springfield, Illinois, this 21st day of April, 2006.

S/STEVEN D. DEATHERAGE
UNITED STATES MARSHAL
CENTRAL DISTRICT OF ILLINOIS

### Publisher's Certificate

I, the undersigned, do hereby certify that I am an officer of Liberty Group Illinois Holdings, Inc., a duly authorized agent to make this certificate on its behalf and I do further certify that Liberty Group Illinois Holdings, Inc. is a corporation organized under the laws of the State of Illinois and that said corporation has its offices and place of business in the city of Pontiac, Livingston County, Illinois, and that it is the owner and the publisher of The Daily Leader, which is a secular daily newspaper of general circulation regularly printed and published in the city of Pontiac, Livingston County and State of Illinois.

I further certify that said newspaper is a newspaper as defined in 'an Act to revise the law in relation to notices' as amended by Act approved July 17, 1959 - Ill. Revised statutes, Chap. 100, Par. 1 & 5.

I do further certify that as such officer and authorized agent of the said Liberty Group Illinois Holdings, Inc. that the matter of notice, a true copy of which is hereto attached, relating to the matter of _____

_United States of America_
_vs Marshal J Wilson_
_Case # 05-1264_

was published once in each week for __4__ successive weeks in said newspaper, the first insertion being on the __09__ day of __May__, 20__06__, and the last insertion being on the __30__ day of __May__, 20__06__.

Liberty Group Illinois Holdings, Inc.
Publishers of The Daily Leader
(Signed)
By /s/ _Linda J. Stiles_ (Seal)
Publisher, President or Vice President of said Liberty Group Illinois Holdings, Inc.
Advertising fee $ __288.00__
Received payment
Date _____
By __/s/ Marlys Kugler__



OFFICIAL SEAL
MARLYS KUGLER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 12/19/09