**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

E-FILED
Tuesday, 20 June, 2006 10:43:15 AM
Clerk, U.S. District Court, ILCD

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 05-1264 |
| **DEFENDANT** Marsha L. Wilson, et al | **TYPE OF PROCESS** Marshal's Sale |

FILED
JUN 20 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
SALE DATE: June 15, 2006, 12:00 Noon
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
SALE LOCATION: Livingston County Courthouse, Pontiac, IL

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Elizabeth L. Collins, AUSA
318 South Sixth STreet
Springfield, IL 62701                    kgg

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:  XX PLAINTIFF  □ DEFENDANT
Elizabeth L. Collins
TELEPHONE NUMBER: 217-492-4450
DATE: 04/11/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 26 | District to Serve No. P | Signature of Authorized USMS Deputy or Clerk  Gregory | Date 4/21/6 |

☑ I hereby certify and return that I have personally served, □ have legal evidence of service, □ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

□ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Donald Bevers

□ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):
18869 N. 2000 E
Pontiac, Il.

Date of Service: 6/15/06   Time: 12:30 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| $90.00 | 53.40 | — | $143.40 | — | $143 |

SCANNED

REMARKS:
Sold to Donald Bevers
18869 N. 2,000 E. Pontiac, Il.
for $76,000.00 — $8,000.00 was put down

DATE: _____ BY: _____

PRIOR EDITIONS MAY BE USED         1. CLERK OF THE COURT         FORM USM-285 (Rev. 12/15/80)