IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 05-1264 |
| | ) | |
| MARSHA L. WILSON, | ) | |
| BANK OF PONTIAC and | ) | |
| CITY OF PONTIAC, | ) | |
| | ) | |
| Defendants. | ) | |

UNITED STATES MARSHAL'S REPORT OF SALE

I, STEVEN D. DEATHERAGE, United States Marshal for the Central District of Illinois, respectfully report that none of the Defendants in this cause having paid the amount due as required by the Decree and Order Directing Foreclosure and Sale entered herein on April 10, 2006, within the time limited by such Decree, I duly advertised for sale at public vendue to the highest and best bidder at the front door of the Courthouse of Livingston County, in the City of Pontiac, Illinois, on the 15th day of June, 2006, at the hour of 12:00 Noon, by causing a Notice thereof, containing the title of said cause, the names of the parties hereto, the name of the Court in which said cause was pending, a description of the premises sought to be sold, and a statement of the time, place and terms of sale to be published once each week for four (4) consecutive weeks in The Daily Leader, a secular newspaper of general circulation printed and published in the City of Pontiac, Illinois, which newspaper has been regularly published in said City for more than six (6) months continuously and immediately prior to the first publication of said Notice, the first publication of said Notice was on May 9, 2006, and the last publication on May 30, 2006, all of which appears from a Certificate of Publication on file in this cause.

1. At the time and place designated for the sale ordered herein, the undersigned offered said premises for sale to the highest bidder and Donald Bevers, 18869 N. 2000 E., Pontiac, IL 61764, bid the sum of $76,000.00, and that being the highest bid offered, I sold said real estate to said highest bidder.

2. Said purchaser paid to plaintiff the amount of said bid in full satisfaction of said Judgment of Foreclosure.

3. The undersigned has executed and delivered to the purchaser at said sale a Certificate of Sale and has caused to be filed in the Office of the Recorder of Deeds of said county, the original or a duplicate original of said certificate.

4. The total amount of indebtedness secured by the mortgage foreclosed herein and the Judgment of Foreclosure entered herein and the deficiency, if any, are computed as follows:

Amount found due in judgment as of February 23, 2006:

| | |
|---|---:|
| Unpaid principal balance | $85,937.96 |
| Accrued interest at $19.7782 per day and unpaid as of 03/23/06 | $17,821.08 |
| Accrued interest from 02/24/06 to 04/10/06, the date of entry of judgment (46 days @ $19.7782 per day) | $909.80 |
| Accrued federal interest from 04/11/06 to 06/15/06, the date of sale (66 days @ $11.4192 per day) | $753.67 |
| Subsidy Recapture | $2,808.00 |
| Late charges | $99.17 |
| Interest on fees due | $1,113.37 |
| Fees currently due | $13,635.98 |
| Total | $123,079.03 |

Costs of Sale:

    Marshal's commission (3% of 1st $1,000 &
      1½% of remaining bid balance) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,155.00

    Marshal's fee for conducting sale . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $143.40

    Marshal's fee for service of summons . . . . . . . . . . . . . . . . . . . . . . . . . . . $180.00

    Docket Fee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $250.00

    Recording Notice of Foreclosure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $25.00

    Release Notice of Foreclosure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $25.00

    Publication charges (Notice of Sale) . . . . . . . . . . . . . . . . . . . . . . . . . . . . $480.00

        Total amount of indebtedness . . . . . . . . . . . . . . . . . . . . . . . . $125,337.43

Amount of bid at sale . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $76,000.00

Amount of deficiency . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $49,337.43

5.  It is also reported:

  i)    A notice required in accordance with Chapter 735 ILCS, Section 5/15-1507(c) was given;

  ii)   The terms of sale were fair and not unconscionable;

  iii)  The sale was conducted fairly and without fraud;

  iv)  Justice was done by the sale.

Respectfully submitted this 14th day of July, 2006.

                                                s/ Steven D. Deatherage
                                              _____
                                              STEVEN D. DEATHERAGE
                                              UNITED STATES MARSHAL
                                              CENTRAL DISTRICT OF ILLINOIS

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **MARSHAL'S REPORT OF SALE** has been placed in the United States mail, addressed to:

> Marsha L. Wilson
> 1501 S. Mill Street
> Pontiac, IL 61764
>
> Bank of Pontiac
> 300 West Washington St.
> Pontiac, Illinois 61764
>
> City of Pontiac
> 115 West Howard
> Pontiac, Illinois 61764
>
> Donald Bevers
> 18869 N. 2000 E.
> Pontiac, IL  61764

|   |   |
|---|---|
| July 18, 2006 | s/ Elizabeth L. Collins |
| Date: _____ | _____ |