```
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )
                               )
       v.                      )
                               )
MARSHA L. WILSON,              )
BANK OF PONTIAC and            )
CITY OF PONTIAC,               )
                               )
              Defendants.      )  Civil No. 05-1264
```

## RELEASE OF NOTICE OF FORECLOSURE

Release is hereby given of the Notice of Foreclosure filed in the United States District Court, Central District of Illinois, on September 9, 2005, and recorded in the Recorder's Office in Livingston County, Illinois, on September 19, 2005, as Document No. 566289, which Notice of Foreclosure stated as follows:

The undersigned certifies that the above-entitled mortgage foreclosure action was filed on September 9, 2005, and is now pending.

   (i)  The name of the plaintiff and the case number are identified above.

   (ii)  The court in which said action was brought is identified above.

   (iii)  The name of the title holder of record is:  Marsha L. Wilson

   (iv)  A legal description of the real estate sufficient to identify it with reasonable certainty is as follows:

> Lot 111 in First Addition to Westview Subdivision to Pontiac, Livingston County, Illinois, as per Plat recorded October 16, 1979 as Document Number 387228 in the Office of the Recorder of Deeds of Livingston County, Illinois.
>
> PIN NO. 15-16-377-028

   (v)  A common address or description of the location of the real estate is as follows:

    1305 Motorola Drive, Pontiac, Illinois 61764

 (vi) An identification of the mortgage sought to be foreclosed is as follows:

   Name of mortgagor:   Marsha L. Wilson

   Name of mortgagee:   United States of America,
              United States Department of Agriculture

   Date of mortgage:   July 16, 1997

   Date of recording:   July 17, 1997

   County where recorded:   Livingston County, Illinois

   Recording document identification:  Recorded as Doc. No. 493867

           Respectfully submitted,
           RODGER A. HEATON
           United States Attorney


           s/ Elizabeth L. Collins
     By: _____
           Elizabeth L. Collins, IL Bar No. 487864
           Attorney for Plaintiff
           United States Attorney's Office
           318 South Sixth Street
           Springfield, IL  62701
           Telephone:  217/492-4450
           Fax:  217/492-4888
           email:  beth.collins@usdoj.gov


This instrument was prepared by Elizabeth L. Collins, Assistant United States Attorney, 318 South Sixth Street, Springfield, IL  62701.

Please return recorded release to Elizabeth L. Collins, Assistant United States Attorney, 318 South Sixth Street, Springfield, IL  62701.